**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Saile JEAN, a/k/a Shorty Black, a/k/a**
**Jean Saile, a/k/a Desire Jean Sallier,**
**a/k/a Blackie, Defendant—Appellant.**

No. 08–8342.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 23, 2009.

Saile Jean, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saile Jean appeals the district court's order granting relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error in the district court's grant of Jean's motion, and we thus affirm for the reasons stated by the district court. *United States v. Jean,* No. 9:01–cr–01117–SB–1 (D.S.C. Sept. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*